[No. 70646-2-I.   Division One.   October 6, 2014.]

BANK OF AMERICA, NA, *as Successor, Appellant,* v. NOTTINGHAM PROPERTIES I, LLC, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-35753-8, Elizabeth J. Berns, J., entered June 18, 2013. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 70667-5-I.   Division One.   October 6, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. RUBEN AYON-ROSALES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-1-08465-1, William L. Downing, J., entered July 17, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.

[No. 70707-8-I.   Division One.   October 6, 2014.]

JON KOMINE ET AL, *Respondents,* v. HUMBERT ANGUIANO ET AL., *Defendants,* METROPOLITAN PROPERTY AND CASUALTY COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-09414-4, Marybeth Dingledy, J., entered June 28, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Dwyer, JJ.

[No. 70748-5-I.   Division One.   October 6, 2014.]

BANK OF AMERICA, NA, *as Successor, Appellant,* v. NOTTINGHAM PROPERTIES I, LLC, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-26940-0, Jean A. Rietschel, J., entered July 12, 2013. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.